UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **GERALD L. DAVIS & ASSOCIATES, INC., d/b/a GDI, Inc.,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) **No. 3:04-0580** ) **JUDGE ECHOLS** ) |
| **EDWARDS TELECOMMUNICATIONS, INC., and BROADBAND TELE COMMUNICATIONS, INC.,** | ) ) ) ) |
| **Defendants.** | ) |

### ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendants' Joint Motion For Summary Judgment (Docket Entry No. 38) is hereby DENIED.

As previously scheduled, this case will proceed to jury trial on **November 8, 2005, beginning at 9:00 a.m.**, and counsel for the parties shall appear for a Final Pretrial Conference on **Tuesday, October 11, 2005, at 2:30 p.m.**

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE